IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                        :    NO. 216
                                              :
                                              :    DISCIPLINARY RULES
FINANCIAL INSTITUTIONS APPROVED   :
AS DEPOSITORIES FOR FIDUCIARY     :    DOCKET
ACCOUNTS                          :
                                              :

ORDER

PER CURIAM

        AND NOW, this 17th day of November, 2021, it is hereby Ordered that the financial

institutions named on the attached list are approved as depositories for fiduciary accounts

in accordance with Pa.R.D.E. 221.